**Order entered November 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01324-CR

**RONNIE BANNISTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court
Kaufman County, Texas
Trial Court Cause No. 29736-86**

## ORDER

The Court grants the State's motion to extend time to file its appellate brief. The State's

brief received on November 4, 2013 is **ORDERED** filed as of the date of this order.


/David Evans/
DAVID EVANS
PRESIDING JUSTICE